# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kelly Christine Washington, et al., | Case No.: 2:22-cv-01017-JAD-NJK |
| Plaintiffs | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Westland Liberty Village, LLC, et al., | [ECF Nos. 1, 4] |
| Defendants | |

The magistrate judge ordered the plaintiffs to show cause why this case should not be dismissed for lack of subject matter in June 2022,[1] but they filed no response. Having independently reviewed this matter and determined that this court lacks subject-matter jurisdiction over this case, the magistrate judge now recommends that the district court dismiss it.[2] The deadline for any party to object to that recommendation was August 2, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety and **THIS CASE IS DISMISSED** without prejudice for lack of subject-matter jurisdiction. The application to proceed *in forma*

---

[1] ECF No. 3.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

*pauperis* **[ECF No. 1] is DENIED** as moot.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 9, 2022